DANIEL J. BRODERICK, Bar #89424
Federal Defender
SAMYA BURNEY, Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FELIPE AMEZQUITA-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-mj-0182 SMS |
| *Plaintiff,* | |
| v. | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| FELIPE AMEZQUITA-AGUILAR, | DATE:    January 20, 2011 |
| *Defendant.* | TIME:    10:00 a.m. |
| | JUDGE:  Honorable Sandra M. Snyder |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the status conference hearing in the above-entitled matter now scheduled

for December 2, 2010, may be continued to **January 20, 2011 at 10:00 a.m.**

This continuance is requested by counsel for defendant to allow Mr. Amezquita-Aguilar time to consult

an immigration attorney regarding the potential immigration consequences of a guilty plea and for further

negotiations.  Government's counsel, Certified Law Clerk James Hering has no objection to the requested

continuance.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for further defense

3    preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

4

5                                                BENJAMIN B. WAGNER
                                                 United States Attorney
6

7    DATED: November 23, 2010                    /s/ James Hering
                                                 JAMES HERING
8                                                Certified Law Clerk

9

10                                               DANIEL J. BRODERICK
                                                 Federal Defender
11

12   DATED: November 23, 2010                    /s/  Samya Burney
                                                 SAMYA BURNEY
13                                               Staff Attorney
                                                 Attorney for Defendant
14

15

16

17

18                              **O R D E R**

19   **IT IS SO ORDERED.**

20    DATED: November ___23___, 2010

21                                                _____/s/ Sandra M. Snyder_____
                                                 SANDRA M. SNYDER, Magistrate Judge
22                                               Eastern District of California

23

24

25

26

27

28

Amezquita-Aguilar Stipulation to
Continue Change of Plea; Proposed Order                    2